## **EXHIBIT A**

Int. Cls.: **35 and 36**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. **2,889,003**
Registered Sep. 28, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## AMSCOT

AMSCOT CORPORATION (FLORIDA CORPORATION)
12TH FLOOR 600 N. WESTSHORE BLVD
TAMPA, FL 33609

FOR: TAX PREPARATION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-1989; IN COMMERCE 6-30-1989.

FOR: FINANCIAL SERVICES FOR OTHERS, NAMELY, CHECK CASHING, DEFERRED DEPOSIT TRANSACTION AND MONEY ORDER SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-1989; IN COMMERCE 6-30-1989.

SER. NO. 78-233,274, FILED 4-2-2003.

KARLA PERKINS, EXAMINING ATTORNEY