# EXHIBIT B



Home    Contact Us    E-Filing Services    Document Searches    Forms    Help

Previous on List    Next on List    Return To List

Events    No Name History

# Detail by Trademark Owner Name

## Trademark

AMSCOT

## Filing Information

**Document Number** T02000000078
**Date Filed** 01/25/2002
**Expiration Date** 01/25/2012
**Last Event** TRADEMARK ASSIGNMENT
**Event Date Filed** 04/30/2003
**Event Effective Date** NONE
**First Used in Florida** 06/30/1989
**First Used Anywhere** 06/30/1989
**Status** ACTIVE

**Mark Used In Connection With**
FINANCIAL SERVICES FOR OTHERS, INCLUDING CHECKCASHING, DEFERRED DEPOSIT TRANSACTION, TAXPREPARATION SERVICES, MONEY ORDER SERVICES

## Owners

**Name & Address**

AMSCOT CORPORATION, A FLA. CORP.
600 N. WESTSHORE BLVD., 12TH FLOOR
TAMPA FL 33609

## Type/Class

SM-0036   SM-0035   00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000

## Cross Reference

**No Cross Reference**

## Document Images

04/30/2003 -- Trademark Assignment

01/25/2002 -- Trademark

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List