# EXHIBIT C

## Colors



Pantone Reflex Blue - 100% black gradient

Pantone Reflex Blue

100% Yellow

White

## Typography

# AMSCOT
**FONT: ITC BENGUIAT GOTHIC HEAVY (Modified)**

# The Money Superstore™
Font: Gotham Medium