# EXHIBIT E

**From:** AmscottDirect.com (AmscottDirect.com_rwbrvgt@cmpgnr.com)
**To:** Redacted
**Date:** Mon, January 17, 2011 4:48:00 PM
**Cc:**
**Subject:** Go to AmscottDirect.com and enter in Approval Code: CA131030

Redacted    We have reviewed your payday application and we need you to confirm the information you entered to deliver your loan.

All you need to do is go to AmscottDirect.com and enter in Approval Code: CA131030

All of your information you previously supplied us will be shown. You just need to confirm that everything is correct.

This only takes 1 minute and you can have your money in as little as 1 hour.

# Please Visit: AmscottDirect.com Approval Code: CA131030

Thank you for your trust in our company.

Sincerely,

AmscottDirect.com

15165 Ventura Blvd. Suite 200, Sherman Oaks, CA 91403.
To not receive any emails from us please follow the link below.

Redacted

Redacted