-1-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AMSCOT CORPORATION,<br>a Florida Corporation,<br><br>v.<br><br>EDEBITPAY, LLC<br>a Nevada LLC | Case No.: 8:11-CV-00236-JSM-AEP |

## AGREED TO MOTION FOR ENTRY OF AGREED JUDGMENT AND PERMANENT INJUNCTION

The parties hereby agree to the entry of the attached Agreed Final Judgment And Permanent Injunction and request entry of the Agreed Judgment and Permanent Injunction.

Jointly submitted,

/s/ Woodrow H Pollack
Michael J. Colitz, III
Florida Bar No.: 0164348
Woodrow H. Pollack
Florida Bar No.: 26802
GrayRobinson, P.A.
201 N. Franklin St., Suite 2200
Tampa, FL 33602
Tel: (813) 273-5000
Fax: (813) 273-5145
michael.colitz@gray-robinson.com
woodrow.pollack@gray-robinson.com
Attorneys for Plaintiff

/s/ Christine M. Reilly
Michael Mallow, Esq.
Christine Reilly, Esq.
Loeb & Loeb
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
Tel: (310) 282-2000
Fax: (213) 652-1830
mmallow@loeb.com
creilly@loeb.com

# 2429857 v2

-1-

-2-

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be filed with the Court's CM/ECF system on this 30th day of March, 2011. I also caused a copy to be sent via email to the following recipients:

Michael Mallow, Esq. (mmallow@loeb.com)
Christine Reilly, Esq. (creilly@loeb.com)
Loeb & Loeb
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067

/s/ Woodrow H Pollack

# 2512953 v1                    -2-