UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMSCOT CORPORATION,
a Florida Corporation,

Case No.: 8:11-cv-00236-JSM-AEP

v.

EDEBITPAY, LLC
a Nevada LLC

_____

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

This matter came before the Court upon the parties' Stipulation for Entry of Final Judgment and Permanent Injunction. Upon consideration and pursuant to the stipulation, it is

**ORDERED AND ADJUDGED** that:

1. The parties' Stipulation for Entry of Final Judgment and Permanent Injunction is **APPROVED** and incorporated herein.

2. Defendant, its officers, agents, servants, employees, attorneys, and those under Defendant's supervision and control and who receive actual notice of this Order by personal service or otherwise are hereby restrained and enjoined from:

   a. using in any manner the AMSCOT trademark and/or logo or any confusingly similar marks, logos, or designations (collectively "the AMSCOT Marks"), alone or in combination with other words or designations, to identify, advertise or promote competing financial services, including but not limited to payday loan services and tax preparation services;

    b. using any mark, name, symbol, sign or indicia, or making any statement, which suggests or tends to suggest that Defendant is in any way associated or affiliated with Plaintiff;

    c. using any of the AMSCOT Marks as meta tags or as key words to be indexed in connection with any Internet-based advertising, including but not limited to, sponsored links for Internet search engines;

    d. using or registering any domain names that incorporate the AMSCOT Marks and/or logo or any confusingly similar marks, logos, or designations, alone or in combination with other words or designations;

  3. Defendant further agrees to take any and all reasonable steps necessary to relinquish ownership and control of the amscottdirect.com domain and to transfer ownership and control of such domain to Plaintiff.

  It is further **ORDERED and ADJUDGED** that the remaining claims of Plaintiff against Defendant, shall be, and the same are hereby, dismissed with prejudice.

  IT IS FURTHER ORDERED that all costs and expenses shall be borne by the party incurring same.

  **DONE** and **ORDERED** in Tampa, Florida on March 31, 2011.

          _____
          JAMES S. MOODY, JR.
          UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record